THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00180-MR

MICKEY D. YARBOROUGH,          )
                                )
            Plaintiff,          )
                                )
      vs.                       )        **JUDGMENT**
                                )
                                )
CAROLYN W. COLVIN, Acting       )
Commissioner of Social Security,)
                                )
            Defendant.          )
_____ )

For the reasons set forth in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment is **DENIED**; the Defendant's Motion for Summary Judgment is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**.  This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: September 22, 2014

Martin Reidinger
United States District Judge